*Rehearings Denied January 16, 1986:*

WOODLAND v MICHIGAN CITIZENS LOBBY, EQUITABLE LIFE ASSURANCE SOCIETY v MICHIGAN CITIZENS LOBBY, and EQUITABLE LIFE ASSURANCE SOCIETY v FLINT TOWNSHIP POLICE DEPARTMENT, Nos. 72625, 72332, 72333. Reported at 423 Mich 188.

OTTAWA COUNTY v JAKLINSKI, No. 73329. Reported at 423 Mich 1.

*Ordered to Be Published January 23, 1986:*

PROPOSED AMENDMENT OF MCR 6.101. On order of the Court, this is to advise that the Court is considering whether to amend MCR 6.101. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

(The present language is to be repealed and replaced by the following language unless otherwise indicated below:)

RULE 6.101. CRIMINAL PROCEDURE GENERALLY; GUILTY PLEAS.

(A)-(F) (Unchanged.)

(G) Sentencing. Before a sentence is imposed, the court shall:

(1) (Unchanged.)

(2) give the defendant, his or her attorney, and the victim a reasonable opportunity to advise the court of any circumstances that they believe the court should consider in imposing sentence;

(3) (Unchanged.)

A failure to comply with the provisions of this subrule, other than a failure to afford the victim an opportunity to address the court, shall require resentencing.

*Staff Comment:* The proposed change in MCR 6.101(G)(2) would permit the victim of a crime to address the court at the time the defendant is sentenced. See MCL 780.765; MSA 28.1287(765). The proposed rule is also consistent with MCL 780.774; MSA 28.1287(774), which provides that a defendant may not seek to have his or her sentence set aside on the ground that the sentencing court failed to provide the victim with the benefits of 1985 PA 87, MCL 780.751 *et seq.;* MSA 28.1287(751) *et seq.*

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the